**Order entered May 30 , 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01607-CV

### DEBRA CHRIS MONTGOMERY KROUPA WILLIAMS, Appellant

### V.

### ROBERT WILLIAMS, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-17651-S**

## ORDER

Before the Court is appellant Debra Chris Montgomery Kroupa Williams's Motion for

Rehearing.  The motion is **DENIED**.

/s/      JIM MOSELEY
JUSTICE